UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH D. GILBERTI, JR. , P.E., an individual and licensed professional engineer

        Plaintiff,

v.

Case No.:   2:19-cv-282-FtM-38MRM

RON DESANTIS, THE MOSAIC COMPANY, MOSAIC FERTILIZER, LLC, ENVIRONMENTAL PROTECTION AGENCY, SARASOTA COUNTY BOARD OF COUNTY COMMISSIONERS, DESOTO COUNTY BOARD OF COUNTY COMMISSIONERS, HILLSBOROUGH COUNTY STATE ATTORNEYS OFFICE, SARASOTA MEMORIAL HOSPITAL, PEACE RIVER MANASOTA WATER SUPPLY AUTHORITY, SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT, 72 PARTNERS, LLC and LUIS E. RIVERA,

        Defendants.
_____/

## OPINION AND ORDER[1]

Plaintiff Joseph Gilberti accuses Defendants of "manipulating and laundering US Tax dollars…to steal unique lands and hide Natural and Endless Drinking water to fill cancer centers with bad manmade treated water from Polluted ground water and Rivers,

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

to sell medicine, cancer centers and healthcare machines while killing millions of people over decades." (Doc. 1 at 2). In his 112-page Complaint, Gilberti alleges a bizarre and incomprehensible conspiracy to, among other things, cause cancer, kill children, increase opioid use, and damage the economy by "hiding secret underground rivers of Unique Alkaline Spring Water." And he asks for relief that this Court cannot grant, like reporting Defendants to President Trump, obtaining $10 billion from the Federal Reserve, enlisting the military to help install water supply infrastructure, and returning foreclosed homes to previous owners.

Several defendants moved to dismiss, but the Court stayed this case pending the results of Gilberti's appeal of the dismissal of a nearly identical case he filed in the United States District Court for the District of Columbia. The D.C. District Court dismissed that case because federal courts do not have subject matter jurisdiction over "patently insubstantial" claims. *Gilberti v. Fed. Reserve Sys.,* No. 1:19-CV-738, 2019 WL 1901293, at *2 (D.D.C. Apr. 29, 2019). The District of Columbia Court of Appeals affirmed, finding that Gilberti "alleged no plausible facts that would entitle him to relief." *Gilberti v. Fed. Reserve Sys.*, No. 19-5264, 2020 WL 1487738 (11th Cir. Mar. 3, 2020).

Gilberti filed another substantially similar case in this District: *Gilberti v. Adrurra Grp. Inc.*, No. 8:19-CV-2012-VMC-AAS. It too was dismissed for lack of subject matter jurisdiction. The Eleventh Circuit affirmed, finding no error with the district court's conclusion that Gilberti's claims were patently without merit. *Gilberti v. Adrurra Grp., Inc.*, No. 19-15176, 2020 WL 1951663, at *2 (11th Cir. Apr. 23, 2020).

The Court agrees with the other district and circuit courts that have evaluated Gilberti's claims—they are "essentially fictitious" and "obviously without merit." *Id.* at *1

(quoting *Hagans v. Lavine*, 415 U.S. 528, 537 (1974)).  As such, this Court lacks subject matter jurisdiction, and dismissal under Federal Rule of Civil Procedure 12(b)(1) is warranted.

Accordingly, it is now

**ORDERED:**

(1) Joseph D. Gilberti, Jr.'s complaint (Doc. 1) is **DISMISSED**.

(2) The Clerk is **DIRECTED** to terminate all pending motions and deadlines, enter judgment, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of May, 2020.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record