UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH D. GILBERTI, JR. , P.E., an individual and licensed professional engineer

        Plaintiff,

v.                                                                     Case No.:   2:19-cv-282-FtM-38MRM

RON DESANTIS, THE MOSAIC COMPANY, MOSAIC FERTILIZER, LLC, ENVIRONMENTAL PROTECTION AGENCY, SARASOTA COUNTY BOARD OF COUNTY COMMISSIONERS, DESOTO COUNTY BOARD OF COUNTY COMMISSIONERS, HILLSBOROUGH COUNTY STATE ATTORNEYS OFFICE, SARASOTA MEMORIAL HOSPITAL, PEACE RIVER MANASOTA WATER SUPPLY AUTHORITY, SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT, 72 PARTNERS, LLC and LUIS E. RIVERA,

        Defendants.
                                      /

## **OPINION AND ORDER**[1]

      Before the Court is Plaintiff Joseph D. Gilberti, Jr.'s Motion for Change of Venue and Rehearing to Vacate Order and Set Aside Judgment for Fraud on the Court (Doc. 60), which is nearly identical to an earlier motion (Doc. 58) that the Court denied (Doc.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

59). The only addition is Gilberti's request for a change of venue under Federal Rule of Criminal Procedure 21(a), which does not apply to this case. The Motion is meritless.

Accordingly, it is now

**ORDERED:**

Plaintiff Joseph D. Gilberti, Jr.'s Motion for Change of Venue and Rehearing to Vacate Order and Set Aside Judgment for Fraud on the Court (Doc. 60) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of July, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record