UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 20-12512

_____

District Court Docket No.
2:19-cv-00282-SPC-MRM

JOSEPH DENNIS GILBERTI, JR.,
P.E., an individual and licensed professional engineer,

                                Plaintiff - Appellant,

versus

GOVERNOR OF THE STATE OF FLORIDA,
THE MOSAIC COMPANY,
MOSAIC FERTILIZER, LLC,
ENVIRONMENTAL PROTECTION AGENCY,
SARASOTA COUNTY BOARD OF COUNTY COMMISSIONERS,
DESOTO COUNTY BOARD OF COUNTY COMMISSIONERS,
HILLSBOROUGH COUNTY STATE ATTORNEYS OFFICE,
SARASOTA MEMORIAL HOSPITAL,
PEACE RIVER MANASOTA WATER SUPPLY AUTHORITY,
SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT,
72 PARTNERS, LLC,
LUIS E. RIVERA,

                                Defendants - Appellees.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 19, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 12/18/2020